EXCEL INNOVATIONS, INC.,
Plaintiff/Counterclaim
Defendant–Appellant,

and

Aviv LLC and Ned Hoffman,
Counterclaim Defendants,

v.

YOU TECHNOLOGY INC. (formerly known as YT Acquisition Corporation), Defendant/Counterclaimant–Appellee.

No. 2008–1599.

United States Court of Appeals,
Federal Circuit.

June 8, 2009.

Gregory J. Charles, Campeau Goodsell Smith, of San Jose, CA, argued for plaintiff/counterclaim defendant-appellant. With him on the brief was Jonathan H. Bornstein, Bornstein & Bornstein, of San Francisco, CA.

Mark S. Davies, O'Melveny & Myers LLP, of Washington, DC, argued for defendant/counterclaimant-appellee.

Before GAJARSA, LINN, and PROST, Circuit Judges.

**Judgement**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.